

Office Of The Clerk

# Court of Appeal, First Circuit

State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - CW - 0224

Donna Maxwell and Odell Maxwell, Jr.
    versus
Unifirst Corporation, Ace American Insurance Company and
Luke Pannell

TO:  Daniel G. Brenner                   Eddie M. Clark
     709 Versailles Blvd.                1001 Century Blvd.
     P.O. Box 11590                      Monroe, LA 71202
     Alexandria, LA 713151590


     Josh L. Powell                      Kenneth R. Whittle
     509 Milam Street                    P. O. Box 11590
     Shreveport, LA 71101                Alexandria, LA 71315-1590


     Hon. Wilson E. Fields
     300 North Boulevard
     Suite 7101
     Baton Rouge, LA 70802 1


In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONNA MAXWELL AND ODELL
MAXWELL, JR.

VERSUS

UNIFIRST CORPORATION, ACE
AMERICAN INSURANCE COMPANY
AND LUKE PANNELL

NO.   2022 CW 0224

**MAY 20, 2022**

---

In Re:    Unifirst Corporation, Ace American Insurance Company,
          and Luke Pannell, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 704137.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide a copy of
the judgment, order, or ruling complained of (if by written
judgment, order, or ruling) and a copy of the judge's reasons
for judgment (if written) in violation of Uniform Rules of
Louisiana Courts of Appeal, Rule 4-5(C)(6) & (7).  This court
further directs relators to provide proof of payment of a cash
deposit, pursuant to La. Code Civ. P. art. 1734.1, if any,
including the date and amount of the payment.

Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2. Any new application
must be filed on or before June 06, 2022 and must contain a copy
of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT